# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DAVID W. PATTON, M.D.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:17-CV-788-VEH |
| | ) |
| **AMERITAS LIFE INSURANCE** | ) |
| **CORPORATION, et al,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

The court having been advised by the Mediator Thomas Spires, (Second Report of Mediator, doc. 20), that the above entitled cause has been settled, it is **ORDERED**, **ADJUDGED**, and **DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**, costs taxed as paid.  Provided, however, that any party may seek to reopen the action within sixty (60) days, upon good cause shown, or submit a stipulated form of final judgment.  Further, the court **RETAINS** jurisdiction to enforce the settlement agreement reached between the parties.

**DONE** and **ORDERED** this 13th day of October, 2017.

*/s/ Virginia Emerson Hopkins*
**VIRGINIA EMERSON HOPKINS**
United States District Judge